**Order entered August 17, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00207-CV

**JUDY D. BROWN, Appellant**

**V.**

**FRONTLINE ASSET STRATEGIES AND LVNV FUNDING, Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-05565-E**

### ORDER

Before the Court is appellant's August 13, 2021 motion for an extension of time to file her amended brief. Appellant timely filed her amended brief on August 13, 2021. Accordingly, we **DENY** the motion as moot.

Appellees' brief on the merits is due September 13, 2021.

/s/   ROBERT D. BURNS, III
CHIEF JUSTICE